UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

VINCENT ZIRKER,
    Petitioner.

v.

3:04-cr-74
CHIEF JUDGE HAYNES, JR.

UNITED STATES OF AMERICA,
    Respondent.

MOTION FOR EXTRADITION
OF MOTION FOR CLARIFICATION OF JUDGE-
& COMMITTMENT ORDER PURSUANT TO
FED. R. CRIM. P. RULE 36.

*ORDER*

*This motion is GRANTED. The Defendant's sentence is 120 months. The condition of the halfway house is reduced to 24 months.*

*[signature] 8-8-13*

    **PETITIONER**, Vincent Zirker, pro se, and ask this honorable court to extra his ORDER ON THIS Motion For Clarification of Judgement & Committment Order pursuant to Rule 36.

    Petitioner also ask this honorable court to contrue this motion liberally than a motion prepared by an attorney pursuant to Haines v. Kerner, 404 US 519- (1972).

### FACTS/ARGUEMENT

    Petitioner seeks extradition of and order of the court that has caused predjudice, where in the courts previous order on page 5 in which the court sought to avoid. **See page 5 last paragraph Document 301 of Case Number listed above dated 5/15/13.**

    On page 1 in the courts order it states paragraph 3: "According to the Defendant, the BOP informed him that due to the requirement that Defendant spend five years of his supervised release in a halfway house or community corrections center, the defendant will not be released on May 17, 2013 to spend the last six (6) months of his sentence in a halfway house, as is the general policy of the BOP. BOP's unit Team personally informed Defendant that this **decision is a result of the facts that defendant will already spend five years of his suprevised release in a halfway house,**