# United States District Court
for
## Middle District of Tennessee

## Report on Offender Under Supervision

Name of Offender: <u>Vincent E. Zirker</u>                Case Number: <u>3:04-00074-1</u>

Name of Sentencing Judicial Officer: <u>Honorable William J. Haynes, Jr., Chief U.S. District Judge</u>

Date of Original Sentence: <u>April 18, 2008</u>

Date of Modified Sentence: <u>August 8, 2013</u>

Original Offense: <u>21 U.S.C. § 841(a)(1) Possession with Intent to Distribute Cocaine and 21 U.S.C. § 846 Conspiracy to Distribute and Possess with Intent to Distribute Controlled Substances</u>

Original Sentence: <u>130 months' custody and six years' supervised release with first 60 months' halfway house</u>

Modified Sentence: <u>120 months' custody and six years' supervised release with first 24 months' halfway house</u>

Type of Supervision: <u>Supervised release</u>        Date Supervision Commenced: <u>August 22, 2013</u>

Assistant U.S. Attorney: <u>John M. Gillies</u>        Defense Attorney: <u>Joseph F. Edwards</u>

---

The Court orders:

☒ No Action Necessary at this Time *as requested* /s/
☐ Submit a Request for Modifying the Condition or Term of Supervision
☐ Submit a Request for Warrant or Summons
☐ Other

Considered this ___ day of _____, 2013, and made a part of the records in the above case.

_William J. Haynes, Jr._
Chief U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct. Respectfully submitted,

_Amanda M. Russell_
U.S. Probation Officer

Place            Nashville

Date             September 30, 2013

## ALLEGED VIOLATIONS

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 1. | **The defendant shall refrain from any unlawful use of a controlled substance.** |

On September 11 and September 17, 2013, Mr. Zirker tested positive for marijuana and both results were confirmed by the testing laboratory. When questioned by the probation officer, Mr. Zirker admitted to "taking a few hits" of a marijuana joint on September 9, 2013, while at a friend's house. Mr. Zirker reported he had been drinking alcohol at the time and when it was "passed" to him, he just took a few hits from it.

## Compliance with Supervision Conditions and Prior Interventions:

Vincent E. Zirker is unemployed and lives with his cousin and her husband in Nashville, Tennessee. Mr. Zirker began his six year term of supervised release on August 22, 2013, and is due to terminate on August 21, 2019.

Following his positive drug test for marijuana, Mr. Zirker was given a verbal reprimand and re-instructed to not use any illegal substances. He has been referred to Centerstone Mental Health for a substance abuse assessment and is willing to comply with any treatment recommendations.

Mr. Zirker's current designation date for his halfway house placement is September 18, 2014, but requests have been made for earlier placement when bed space becomes available.

## U.S. Probation Officer Recommendation:

The probation officer is requesting that no additional action be taken by the Court at this time. It is recommended that Mr. Zirker remain on supervised release, participate in a substance abuse assessment and in any treatment recommended by Centerstone. The U.S. Attorney's office has been advised of the offender's noncompliance and is in agreement with this recommendation.

Approved: _/s/ Britton Shelton_
Britton Shelton
Supervisory U.S. Probation Officer