IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | Case No. 3:04-00074<br>Chief Judge Haynes |
| v. | ) ) | |
| VINCENT E. ZIRKER, | ) ) | |
| Defendant. | ) | |

## ORDER

A revocation hearing is set in this action for **Friday, April 25, 2014 at 2:30 p.m.**

It is so **ORDERED**.

ENTERED this the _9th_ day of April, 2014.

WILLIAM J. HAYNES, JR.
Chief Judge
United States District Court