UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 3:04-00074-1 |
| v. | ) | WILLIAM J. HAYNES, JR. |
| | ) | Judge, U.S. District Court |
| VINCENT E. ZIRKER | ) | |

## AGREED ORDER

On this date, Friday, October 3, 2014, Mr. Zirker appeared before the Court for a sentencing hearing after having conceded on June 22, 2014, that he violated the terms of his supervised release. After hearing the arguments of counsel for Mr. Zirker, the government, a representative of United States Probation Office, as well as Mr. Zirker in elocution, the Court ordered that the following sentence be imposed:

**IT IS HEREBY ORDERED** that Mr. Zirker remain on release status; Mr. Zirker's twenty-four (24) month commitment to the halfway house is vacated; Mr. Zirker's term of supervised release is extended one (1) additional year, commencing on today's date; and, upon successful completion of that one (1) year, the remainder of Mr. Zirker's period of supervised release shall terminate on October 2, 2015.

**IT IS SO ORDERED and ENTERED** this the 6th day of October, 2014.

WILLIAM J. HAYNES, JR.
Judge, United States District

APPROVED FOR ENTRY:

/s/ Isaiah S. Gant
ISAIAH S. GANT
Assistant Federal Public Defender
810 Broadway, Suite 200
Nashville, Tennessee 37203
Attorney for Vincent E. Zirker

/s/ Clay T. Lee
CLAY T. LEE
Assistant United States Attorney
110 Ninth Avenue, South
Nashville, Tennessee 37203

2