IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Case No. 3:04-cr-00074-1 |
| v. | ) | Senior Judge Haynes |
| | ) | |
| VINCENT E. ZIRKER | ) | |

ORDER

The revocation hearing set in this action for Monday, May 11, 2015 is hereby reset for **Monday, June 1, 2015 at 11:30 a.m.**, in the United States Courthouse in Nashville, Tennessee.

It is so **ORDERED**.

ENTERED this the 21st day of May, 2015.

WILLIAM J. HAYNES, JR.
Senior United States District Judge